UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Petitioner,　　　　　　　　　　　　　　Case No. 3:16-cv-410

vs.

DERRICK STRAHORN,　　　　　　　　　　　Magistrate Judge Michael J. Newman

    Respondent.

## ORDER

    This civil case came before the Court for a status hearing in Court on March 2, 2017. Assistant United States Attorney Kevin Koller participated on behalf of the Government. Respondent Derrick Strahorn participated *pro se*.  The Court advised Mr. Strahorn of his right to counsel, which Respondent understood and represented to the Court that he wished to proceed on his own behalf.

    Respondent represented to the Court that he produced all documents that he, in good faith, believed the Government requested -- albeit only minutes in advance of the hearing.  The Government, having briefly reviewed the documents produced, represented to the Court that Respondent did not fully comply.  In response, Respondent contends that the Government has changed their demands since the last Court hearing.  The Court makes no finding at this time with regard to Respondent's compliance or non-compliance.

    Instead, without objection, the Court ordered that the parties meet and confer in open court immediately following the Court's recess regarding the specific information and documents the Government requires.  After meeting and conferring, Respondent is **ORDERED**

to respond, in full, to the Government's demands for documents.  After producing documents demanded by the Government, Respondent is **ORDERED,** in the absence of specific objections, by Respondent (such as Respondent's rights against self-incrimination, if applicable), to fully cooperate and respond to follow-up questions by the Government, whether in person, by telephone, or via email.

This case is set for a follow-up status hearing on **March 22, 2017 at 9:00 a.m.** in Courtroom #4.  Counsel for the Government and Respondent (*pro se* or with counsel, if he so chooses) shall participate.  Respondent is **ADVISED** that his failure to fully comply as **ORDERED** herein may result in a finding of contempt and the loss of liberty, *i.e.*, a jail sentence.

**IT IS SO ORDERED.**

Date:   March 2, 2017                       s/ Michael J. Newman
                                            Michael J. Newman
                                            United States Magistrate Judge