# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cv-410 |
| Petitioner, | : | Judge Thomas M. Rose |
| - vs - | : | |
| DERRICK STRAHORN, | : | |
| Respondent. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 14) AND DISMISSING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS (DOC. 1)

This case is before the Court on Magistrate Judge Michael J. Newman's Report and Recommendation (Doc. 14, titled "Order") that the Government's Petition to Enforce Internal Revenue Service Summons (the "Petition") (Doc. 1) be dismissed. Magistrate Judge Newman reports that Defendant Derrick Strahorn appeared along with the Government's counsel and advised the Court that Mr. Strahorn had cooperated, as previously ordered, with the Internal Revenue Service's investigation efforts. Accordingly, the Government moved to dismiss the Petition and Magistrate Judge Newman recommended that the Court do the same.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Based on said review, the Court hereby **DISMISSES** the Petition (Doc. 1). The Clerk is ordered to **TERMINATE** this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, April 11, 2017.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE